# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TIMOTHY MOSLEY**                                                                 **PLAINTIFF**

**v.**                         **CASE NO. 4:17-CV-00311 BSM**

**STATE OF ARKANSAS, et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of February 2018.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE